UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDY LIM<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY, ET AL,<br><br>Defendants. | Case No. 19-cv-02565-EMC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12 (c), the Court ORDERS that the above-captioned case is referred to Judge Jeffrey S. White to determine whether it is related to Sandy Lim v. American General Life Insurance Company, et al., Case No. C18-3697 JSW.

**IT IS SO ORDERED.**

Dated: June 3, 2019

_____
EDWARD M. CHEN
United States District Judge